**STATEMENT OF FACTS**

On Saturday, November 30, 2013, at approximately 10:50 p.m., the mother of a missing 15-year-old female ("complainant") called 911 to make a missing persons report. On Sunday, December 1, 2013, at approximately 1:00 a.m. Metropolitan Police Department 7D Officer Marc Washington ("suspect") responded to a location at an apartment building in Southeast, Washington, D.C. to take a report regarding the complainant. Once at the location, the suspect was met by the mother of the complainant who explained that her daughter had been missing since approximately Thursday, November 28, 2013. The suspect took a report and left the residence.

Later on Sunday, December 1, 2013, at approximately 1:00 p.m. complainant returned home, and the mother again called 911 to have her daughter taken off the missing persons list.

On Sunday, December 1, 2013, at approximately 11:41 p.m., the suspect returned to the complainant's apartment, without being directly called. The suspect called the mother's cell phone and identified himself as Officer Washington. The mother let the suspect into the building and the apartment. The suspect and the complainant had never met prior to the suspect entering the home on Sunday, December 1, 2013. When the suspect entered the home he asked to speak to the mother privately in the living room and the complainant went into her bedroom. After a few minutes speaking to the mother, the suspect asked to speak to the complainant privately and walked back to her bedroom.

Once inside the bedroom the suspect closed the door and asked the complainant a few questions about where she was located when she was reported missing. The suspect then asked the complainant, who, in preparation for bed, was wearing a black tank top, white bra, grey boxer shorts and underpants, to take off her top and her bra. The complainant asked why the suspect

asked her to take off her top and bra. The suspect explained that he needed to take any photos of injuries. The complainant stated that she did not have any injuries. The suspect stated that it was part of the procedure. The complainant repeated that she did not have any injuries.

The complainant complied and the suspect took photos from a close range of her breasts and upper body area. The suspect also told the complainant to stand with her arms stretched out to each side as he took more photographs. The suspect asked if the complainant was uncomfortable. The complainant responded that she was and the suspect stated that she could put her bra and top back on. The complainant put on a blue bra and the black tank top.

The suspect then asked the complainant if she had any tattoos. The complainant answered that she had two on her hips. The suspect told the complainant to pull down her boxer shorts and underwear so he could photograph her tattoos for identification purposes. The suspect bent his knees down and focused his camera, from a close range, on the complainant's unclothed vaginal area. The complainant stated that the suspect used a bluish green and silver digital camera in a black case.

The complainant and the suspect heard the complainant's mother using the bathroom next to the complainant's bedroom. The suspect opened the door and the suspect and the mother talked to the complainant for a period of time before the suspect left the residence.

Both the mother and the complainant stated that the suspect provided a piece of paper with his phone number on it and handed it to the complainant before leaving the residence, while stating to the complainant to call him if she ever needed anything. That piece of paper was recovered by law enforcement.

Soon after the suspect left the residence, the complainant disclosed to her mother that the suspect took naked photographs of her. At approximately, 12:38 a.m., the mother called 911. The 7D dispatcher sent a message to all 7D units in the field stating, "COMPL STATES MPD TOOK NAKED PICTURES OF HER 15 YO DAUGHTER WHEN HE RESPONDED EARLIER." Officer Washington was still on duty when the message was sent, and, upon information and belief, read the message prior to being stopped.

When the suspect was stopped, law enforcement recovered a Green/Silver Kodak Easyshare M320 Digital Camera from the suspect's person. Kodak does not manufacture cameras in the District of Columbia. Pursuant to a search warrant, law enforcement searched the contents of the camera.

Immediately upon pulling up the contents of the camera, based on the numerical sequence of the images, it was evident that the suspect had deleted images of the complainant from the camera. Law enforcement recovered approximately twelve images of the complainant from the suspect's camera. Nine of those images had been deleted by the suspect but were able to be recovered by law enforcement. Of the nine deleted images, two depicted solely the complainant's unclothed upper body and focus on her breasts. Two are close up images focused solely on the complainant's unclothed vaginal area, showing from approximately her stomach down to her thigh with her vaginal area at the center of the frame. One close up image focuses solely on the complainant's unclothed buttocks. Additionally, there were images of the complainant's unclothed hips, clothed upper body and face.

Additionally, law enforcement recovered, from the suspect's camera, numerous images of unidentified individuals, including twenty-three deleted images. Two of the 23 deleted images are close up images focused solely on the vaginal area of two unidentified individuals and two of those deleted images focus on the breasts of an additional two unidentified individuals. At least two of the unidentified individuals appear to be minors.

                              DETECTIVE TIMOTHY PALCHAK
                              METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of December, 2013.

                              United States Magistrate Judge